# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEBORAH K. RUSSELL, et al.
        Plaintiffs,

                              Case No. 14-13134
v.                      HON. TERRENCE G. BERG

SANILAC COUNTY, et al.
        Defendants.
_____/

## JUDGMENT

IT IS ORDERED, ADJUDGED, AND DECREED that, pursuant to the Court's order dated September 24, 2015, this cause of action is DISMISSED.  Judgment is hereby entered in favor of DEFENDANTS and against PLAINTIFF.

                                          DAVID WEAVER
                                          CLERK OF COURT

Dated: September 24, 2015        By: s/A. Chubb
                                          Deputy Clerk

APPROVED:
s/Terrence G. Berg
UNITED STATES DISTRICT JUDGE

### Certificate of Service

     I hereby certify that this Order was electronically submitted on September 24, 2015, using the CM/ECF system.

                                                           s/A. Chubb
                                                            Case Manager