# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 17, 2017

Mr. David J. Weaver
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

> Re: Case No. 15-2416, *Deborah Russell v. County of Sanilac, et al*
> Originating Case No. : 4:14-cv-13134

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

> Sincerely yours,
>
> s/Michelle M. Davis
> Case Manager
> Direct Dial No. 513-564-7025

cc: Mr. Michael J. Cook
    Mr. John G. Fedynsky
    Mr. Brandon McNamee
    Deborah K Russell
    Mr. Gregory T Stremers

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-2416

_____

Filed: February 17, 2017

DEBORAH K RUSSELL, Grandparent of RQ, JQ, and MQ, minors

    Plaintiff - Appellant

v.

COUNTY OF SANILAC; SANILAC DEPARTMENT OF HUMAN SERVICES; SANILAC DEPARTMENT OF CHILD PROTECTIVE SERVICES; MICHIGAN DEPARTMENT OF HUMAN SERVICES; HEIDI KRAUSE; KRIS KREGER; JAYMIE REINKE; SHELLEY MARNAR; ELAINE BORKOWSKI; RICHARD FOSTER; JODI SHINN; DEBORAH WALBECQ; WILLIAM WESTON; RUSSELL W CLARK; HEATHER ZANG; DAVID L CLABEUSCH; GREGORY S ROSS; ERIC SCOTT; STEVE YEAGER; ELIZABETH WISENBAUGH; HEATHER MAIN

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 01/25/2017 the mandate for this case hereby issues today.

COSTS: None